# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:08-CV-87-MR-DCK

| | |
|---|---|
| KIMBERLY PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| STEIN FIBERS, LTD., ) | |
| ) | |
| Defendant, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding "Defendant's Motion For Protective Order" (Document No. 18) filed October 31, 2008 and "Defendant's Motion To Quash" (Document No. 20), filed November 4, 2008. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate attention is appropriate.

The undersigned, following a conference call on this date with counsel for both parties, has determined that the discovery requested by Plaintiff from which Defendant seeks a protective order and/or to quash, will not be required to be produced until the above pending motions are ripe and have been decided by the Court.

**IT IS THEREFORE ORDERED** that the information and documents requested by Plaintiff's Second Set of Interrogatories and Request For Production of Documents, Plaintiff's Rule 45 subpoena duces tecum to Diversified Testing Laboratories, Inc., and Plaintiff's proposed depositions, are not required to be produced before the Court's ruling on "Defendant's Motion For Protective Order" (Document No. 18) and "Defendant's Motion To Quash" (Document No. 20).

**SO ORDERED**.

Signed: November 7, 2008

_____
David C. Keesler
United States Magistrate Judge