IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-87-MR-DCK

| | |
|---|---|
| KIMBERLY PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| STEIN FIBERS, LTD., ) | |
| ) | |
| Defendant, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The Court received notice today from James B. Spears, Jr., counsel for Defendant, that the parties have reached a full settlement of this lawsuit. The Court applauds the parties' efforts to resolve their dispute.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint stipulation of dismissal of this lawsuit on or before **December 12, 2008**.

**SO ORDERED**.

Signed: November 21, 2008

David C. Keesler
United States Magistrate Judge