# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-87-MR-DCK

| | |
|---|---|
| **KIMBERLY PATRICK,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEIN FIBERS, LTD.,** )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Withdraw Pending Motions" (Document No. 31) filed November 24, 2008. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

Having carefully considered the motion, and noting the consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Withdraw Pending Motions" (Document No. 31) is **GRANTED**. The following Motions filed by Defendant are WITHDRAWN from the Court's consideration:

1. Defendant's Motion to Compel Discovery Responses and for an Award of Expenses and Fees and Memorandum in Support thereof (Doc. Nos. 14 and 15);

2. Defendant's Motion for Protective Order and Memorandum in Support thereof (Doc. Nos. 18 and 19); and

3. Defendant's Motion to Quash and Memorandum in Support thereof (Doc. Nos. 20 and 21).

Signed: November 26, 2008

David C. Keesler
United States Magistrate Judge